UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ORIGINAL MANN | CIVIL ACTION |
| VERSUS | NO. 22-1294 |
| DNA ANALYST, ET AL. | SECTION M (4) |

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R")[1], and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Original Mann's 42 U.S.C. § 1983 and/or *Bivens* claims against defendants DNA analysts Ann Montgomery, Bonnie Dubourg, and Greg Harrell are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted until such time as the conditions under *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

IT IS FURTHER ORDERED that Mann's § 1983 and/or *Bivens* claims against defendants Jefferson Parish Sheriff's Office, the Innocence Project – New Orleans, the Innocence Project – New York, the American Civil Liberties Union, the National Association for the Advancement of Colored People, Black Lives Matter, and the American Society of Crime Lab Directors are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Mann's § 1983 claims against defendant Louisiana Attorney General Jeff Landry, in his official and individual capacities, are DISMISSED WITH

---

[1] R. Doc. 64.

PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant.

IT IS FURTHER ORDERED that Mann's *Bivens* claims against defendants Michael Riehlmann, Robin Ljungberg, and Jerome Matthews are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as malicious, as frivolous, and otherwise for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Mann's *Bivens* claims against defendants U.S. Attorney Duane Evans and Assistant U.S. Attorneys Maurice Landrieu, Elizabeth Privitera, William Quinlan, and Gregory Kennedy are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as malicious, as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant.

IT IS FURTHER ORDERED that the motion to dismiss filed by Louisiana Attorney General Jeff Landry,[2] the motion to dismiss for failure to state a claim filed by U.S. Attorney Duane Evans and Assistant U.S. Attorneys Maurice Landrieu, Elizabeth Privitera, William Quinlan, and Gregory Kennedy,[3] the motion to dismiss the amended and supplemental complaints filed by Innocence Project, Inc.,[4] and the motion to dismiss pursuant to Rule 12(b)(6), or alternatively, for summary judgment pursuant to Rule 56 filed by the Jefferson Parish Sheriff's Office[5] are DISMISSED WITHOUT PREJUDICE as moot.

---

[2] R. Doc. 34.
[3] R. Doc. 45.
[4] R. Doc. 47.
[5] R. Doc. 53.

New Orleans, Louisiana, this 23rd day of February, 2023.

                                                                                        _____
                                                                                        BARRY W. ASHE
                                                                                       UNITED STATES DISTRICT JUDGE